1  JOHN D. NIBBELIN, COUNTY COUNSEL (SBN 184603)
   By: Gina J. Beltramo, Lead Deputy (SBN 203809)
2  Hall of Justice and Records
   400 County Center, 6th Floor
3  Redwood City, CA  94063
   Telephone: (650) 363-4789
4  Facsimile: (650) 363-4034
   E-mail:  gbeltramo@smcgov.org
5

6  Attorney for Defendants
   LAS LOMITAS ELEMENTARY SCHOOL DISTRICT,
7  LAS LOMITAS ELEMENTARY SCHOOL DISTRICT
   GOVERNING BOARD, DR. BETH POLITO, HEATHER HOPKINS
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  LADERA TAXPAYERS FOR INTEGRITY IN GOVERNANCE, | Case No. 3:24-cv-02412-WHO |
| 13          Plaintiff, | **[PROPOSED] ORDER ON MOTION TO DISMISS CLAIMS PURSUANT TO FED. R. CIV. P. 12(B)(1) and (6)** |
| 14      vs. | |
| 15  LAS LOMITAS ELEMENTARY SCHOOL DISTRICT, in its capacity as a property owner; LAS LOMITAS ELEMENTARY SCHOOL DISTRICT GOVERNING BOARD, in its capacity as a property manager; DR. BETH POLITO, in her official capacity as Superintendent of the Las Lomitas Elementary School District; HEATHER HOPKINS, in her official capacity as President of the Las Lomitas Elementary School District Governing Board; WOODLAND SCHOOL; and DR. JENNIFER WARREN, in her official capacity as Head of Woodland. | **Hearing** |
| 16 | Date:      July 10, 2024
Time:      2:00 p.m.
Location:  San Francisco Courthouse
           450 Golden Gate Avenue
           San Francisco, CA 94102 |
| 17 | |
| 18 | |
| 19 | **THE HONORABLE WILLIAM H. ORRICK** |
| 20 | |
| 21          Defendants. | |

Case No. 3:24-cv-02412-WHO
[PROPOSED] ORDER ON MOTION TO DISMISS CLAIMS PURSUANT TO FED. R. CIV. P. 12(B)(1) AND (6)

1   The Court, having considered the briefs and arguments of counsel, and good cause appearing,
2   hereby GRANTS the Motion by Defendants Las Lomitas Elementary School District, Las Lomitas
3   Elementary School District Governing Board, Dr. Beth Polito, and Heather Hopkins to Dismiss the First
4   Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(1) and (6), without leave to
5   amend.

**IT IS SO ORDERED.**

Dated: _____

HONORABLE WILLIAM H. ORRICK