UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** July 10, 2024 | **Time:** 9 minutes<br>1:57 p.m. to 2:06 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 24-cv-02412-WHO | **Case Name:** Ladera Taxpayers for Integrity in Governance v. Las Lomitas Elementary School District | |

**Attorney for Plaintiff:**  Susanna L. Chenette
**Attorney for Defendants:**  Gina J. Beltramo

**Deputy Clerk:** Jean Davis  **Court Reporter:** Robin Herrera

PROCEEDINGS

Hearing motion to dismiss conducted via videoconference. The Court inquires about the recent Planning Commission meeting and whether any other proceedings are scheduled before that or other administrative bodies.  The Court then summarizes the tentative and argument of counsel is heard. The motion is taken under submission; written order to follow.